**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

JENNIFER ANN DONOVAN,                   No. 3:14-cv-00680-CRB

12

        Plaintiff,                      **JUDGMENT**

13

  v.

14

J. A. PHILLIPS,

15

        Defendant.

16
                         /

17

      Having granted a motion for summary judgment in this case, the Court enters

18

judgment for Defendant and against Plaintiff.

19

      **IT IS SO ORDERED.**

20
21

Dated: March 4, 2015                    _____
                                        CHARLES  R. BREYER

22
                                        UNITED STATES DISTRICT JUDGE

23
24
25
26
27
28